FREDERICK CONRAD, administrator, &c., appellant,

*v.*

CHARLES A. CONRAD et ux., respondents.

[Submitted December 9th, 1912.    Decided March 5th, 1913.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevens, whose opinion is reported *ante p. 24.*

*Messrs. Peirce & Hoover,* for the appellant.

*Mr. Edward Nugent* and *Mr. Alan H. Strong,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stevens.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BOGERT, VREDENBURGH, CONGDON, TREACY—12.